UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00084 |
| | ) | JUDGE CAMPBELL |
| JASON EUGENE MIZE | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Clarify The Judgment (Docket No. 191), and the Government's response (Docket No. 193) thereto. Through the Motion, the Defendant asks the Court to clarify its Judgment (Docket No. 179) because he contends that he is being required to pay a greater share of restitution than his Co-Defendants.

The Defendant's Motion is DENIED, as the Judgment is clear that the Defendant's obligation to pay restitution of $2,125.50 is "joint and several" with the Co-Defendants. (Docket No. 179, at page 6 of 6). 18 U.S.C. § 3664(h).

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE